Allen B. Felahy, Esq., SBN 190177
Oscar Ramirez, Esq., SBN 236768
Jennifer Yanni, Esq., SBN 286386
FELAHY LAW GROUP
4000 Cover St., Suite 100
Long Beach, CA 90808
(562) 499-2121 tel.
(562) 499-2124 fax

Attorneys for Plaintiff,
WILLIAM STEWART

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| WILLIAM STEWART, an individual<br><br>Plaintiff,<br><br>vs.<br><br>THE BOEING COMPANY, a Delaware Corporation, and DOES 1-50, inclusive,<br><br>Defendants. | CASE NO. CIV12-5621 RSWL (AGRx)<br><br>**AMENDED NOTICE OF UNOPPOSED MOTION AND UNOPPOSED MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR PLAINTIFF WILLIAM STEWART; MEMORANDUM OF POINTS AND AUTHORITIES; AND DECLARATION OF ALLEN B. FELAHY IN SUPPORT THEREOF**<br><br>Date: April 23, 2013<br>Time: 10:00 a.m.<br>Ctrm: 21<br><br>Judge: The Hon. Ronald S.W. Lew, Senior<br>Complaint Removed: June 28, 2011 |

1

AMENDED NOTICE OF MOTION AND MOTION TO WITHDRAW AS COUNSEL OF RECORD

**TO THE HONORABLE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that, on April 23, 2013 at 10:00 a.m., or as soon thereafter as the matter may be heard, in Courtroom 21 of the United States District Court for the Central District of California, located at 312 N. Spring Street, Los Angeles, California 90012, the law firm of Felahy Law Group, APC ("FLG"), counsel of record for Plaintiff William Stewart ("Plaintiff"), will and hereby does move this court for order permitting FLG to withdraw from representation of Plaintiffs in the above-referenced action.

This Motion is based on the grounds that there has been a breakdown in communication between FLG and Plaintiff such that continued representation is no longer possible.

This Motion is made following the conference of counsel pursuant to L.R. 7-3, which took place on <u>March 12, 2013</u>. <u>Defendant does not oppose this Motion</u>.

Further, pursuant to L.R. 83-2.9.2.1, on <u>March 19, 2013</u>, FLG gave written notice to Plaintiff of this application for leave to withdraw.

This Motion is based upon this Notice, the attached Memorandum of Points and Authorities, the accompanying Declaration of Allen B. Felahy, filed concurrently herewith, the pleadings and other papers on file in this action, and all matters of which the Court may take judicial notice.

Respectfully Submitted,

Dated: March 19, 2013                FELAHY LAW GROUP

/s/ Allen B. Felahy
Allen B. Felahy
Attorney for Plaintiff

## MEMORANDUM OF POINTS AND AUTHORITIES

### I. INTRODUCTION

The Local Rules of the United States District Court for the Central District of California state that an attorney may not withdraw as counsel except by leave of court. L.R. 83-2.9.2.1. As such, the law firm of Felahy Law Group, APC ("FLG"), counsel of record for Plaintiff William Stewart ("Plaintiff"), seeks an order from this Court permitting FLG to withdraw as counsel of record for Plaintiff. Defendant does not oppose this Motion.

### II. GOOD CAUSE EXISTS FOR THIS MOTION TO WITHDRAW

"An attorney may not withdraw as counsel except by leave of court, and the decision to grant or deny counsel's motion to withdraw is committed to the discretion of the trial court." See Beard v. Shuttermart of Cal., Inc., No. 07CV594WQH (NLS), 2008 WL 410694, *2 (S.D. Cal. Feb. 13, 2008). Generally, substitution or relief of an attorney may not be granted when it will delay prosecution of the case, unless good cause exists or the interests of justice require it. See Civil L.R. 83-2.9.2.4.

When determining whether to grant a motion to withdraw as counsel, courts may consider (1) the reasons why withdrawal is sought; (2) the prejudice that withdrawal will cause the other parties; (3) the harm withdrawal might cause to the administration of justice; and (4) the degree to which withdrawal will delay the resolution of the case. See Matthew Liang v. Cal-Bay International, Inc., et al., No. 06CV1082-WMc, 2007 WL 3144099, *1 (S.D. Cal. Oct. 24, 2007).

Courts have recognized that a breakdown in communication between a client and attorney may be a sufficient basis on which counsel may withdraw. Hershey v. Berkeley, No. 07CV594WQH (NLS), 2008 WL 4723610, *2 (C.D. Cal. Oct. 24, 2008).

Here, as set forth in the accompanying declaration of Allen B. Felahy, without compromising the attorney-client relationship, good cause exists to relieve FLG as counsel of record. Specifically, there has been an irreparable breakdown in communication between Plaintiff

3

AMENDED NOTICE OF MOTION AND MOTION TO WITHDRAW AS COUNSEL OF RECORD

1  and FLG, such that effective representation is no longer possible. If the Court requires further detail
2  in this regard, an *in camera* hearing is respectfully requested. (See Felahy Dec. at ¶ 3.)

### III. PLAINTIFF WILL SUFFER *DE MINIMUS* PREJUDICE FROM GRANTING THIS MOTION TO WITHDRAW

FLG's withdrawal will cause little prejudice to Plaintiff or Defendants. As of the filing of this Motion, (1) The next hearing date is April 2, 2013; (2) the Discovery Cut-Off Date is August 13, 2013; (3) the Motion Cut-Off Date is August 27, 2013; and (4) the Trial is set to begin on November 12, 2013. As such, any delay, harm to the administration of justice or prejudice to the parties is *de minimis*. Further, enormous prejudice will result to FLG if it is not permitted to withdraw at this time. (See Felahy Dec. at ¶ 4.)

### IV. FLG HAS GIVEN PLAINTIFF AND DEFENDANTS NOTICE OF ITS INTENT TO WITHDRAW

Pursuant to Local Rule 83-2.9.2.1, an attorney moving to withdraw from representation may do so upon written notice given reasonable in advance to the client and all other parties to the action. On March 12, 2013, Allen B. Felahy of FLG sent to Plaintiff substitution of attorney forms. On March 19, 2013, Mr. Felahy sent written correspondence to Plaintiff notifying him that FLG would be filing this motion, and that it would be scheduled to be heard on April 23, 2013. (See Felahy Dec. at ¶ 5; Ex. 1.)

Further, on March 7, 2013, FLG notified Defendant of its intention to file this Motion. Defendant was served with written notice of this Motion on March 19, 2013. (See Felahy Dec. at ¶ 6; Ex. 2.) Defendant has communicated that it does not oppose this Motion.

Therefore, FLG has provided proper notice to its client and to all other parties of its intention to withdraw as counsel.

//

//

//

4

AMENDED NOTICE OF MOTION AND MOTION TO WITHDRAW AS COUNSEL OF RECORD

## V. CONCLUSION

Based on the foregoing, neither Plaintiff nor Defendant will be prejudiced by the withdrawal. Additionally, FLG has followed the procedures required by L.R. 83-2.9.2.1 to withdraw as counsel. As such, FLG respectfully requests that Court grant this motion to withdraw as counsel of record for Plaintiff.

Dated: March 19, 2013

Respectfully submitted,

FELAHY LAW GROUP
ALLEN B. FELAHY

By: _____
Allen B. Felahy
Attorneys for Plaintiff

5

AMENDED NOTICE OF MOTION AND MOTION TO WITHDRAW AS COUNSEL OF RECORD

## DECLARATION OF ALLEN B. FELAHY

I, Allen B. Felahy, declare:

1. I am the Managing Partner at the Felahy Law Group, APC ("FLG") and attorney of record for Plaintiff William Stewart ("Plaintiff") in the above matter. I have personal knowledge of the facts stated herein and, if called as a witness, I could and would competently testify thereto.

2. I submit this declaration in support of FLG's Motion to Withdraw as Counsel of Record for Plaintiff (the "Motion").

3. Without compromising the attorney-client relationship, sufficient grounds exist to relieve FLG as counsel of record in the instant matter. Specifically, there has been an irreparable breakdown in communication between Plaintiff and FLG, such that effective representation is no longer possible. If the Court requires further detail in this regard, an *in camera* hearing is respectfully requested.

4. FLG's withdrawal will cause little prejudice to Plaintiff or Defendant. As of the filing of this Motion, (1) The next hearing date is April 2, 2013; (2) the Discovery Cut-Off Date is August 13, 2013; (3) the Motion Cut-Off Date is August 27, 2013; and (4) the Trial is set to begin on November 12, 2013. As such, any delay, harm to the administration of justice or prejudice to the parties is *de minimis*. Further, enormous prejudice will result to FLG if it is not permitted to withdraw at this time.

5. On March 12, 2013, I sent to Plaintiff Substitution of Attorney forms. Pursuant to L.R. 83-2.9.2.1 of the Local Rules of this Court, on March 19, 2013, I sent written correspondence to Plaintiff, notifying him that FLG would be filing this Motion, , and that it would be scheduled to be heard on April 23, 2013. A true and correct copy of my correspondence is attached hereto as **Exhibit 1.**

6. Pursuant to L.R. 7-3 of the Local Rules of this Court, on March 7, 2013, I contacted Sean O'Brien of Payne & Fears, LLP, counsel for The Boeing Company ("Defendant") in an attempt to meet and confer regarding the subject matter of this Motion. I advised Mr. O'Brien that FLG would

be filing this Motion and requested that he advise me whether Defendant would object and/or oppose the Motion. A true and correct copy of the correspondence to Sean O'Brien is attached hereto as **Exhibit 2**. On <u>March 19, 2013,</u> I served Defendant with written notice of the Motion.

7. Although attempts were made, FLG was unable to procure a substitution of attorney from Plaintiff prior to bringing the instant motion.

I declare under penalty of perjury that the foregoing is true and correct. Executed on March 19, 2013 in Long Beach, California.

_____
Allen B. Felahy

DECLARATION OF ALLEN B. FELAHY IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL

- EXHIBIT 1 -



4000 COVER STREET
SUITE 100
LONG BEACH, CA 90808

(562) 499-2121
(562) 499-2124 FAX
WWW.FELAHYLAW.COM

March 19, 2013

<u>Via U.S. Mail</u>
William Stewart
811 Bangor Ave.
Hesperia, CA 92345

Re: **William Stewart v. The Boeing Company**
[Case No: CIV12-5621 RSWL (AGRx)]

Dear Mr. Stewart:

This letter shall serve as formal notice that Felahy Law Group intends to file a motion to withdraw as counsel of record in the above-entitled matter. We have provided the reasons to you in our prior conversations with you. We are writing this letter in accordance with Court rules which require that we provide you with written notice of an application for leave to withdraw as counsel. See L.R. 83-2.9.2.1.

In conjunction with the foregoing, enclosed please find the Notice of Motion and Motion to Withdraw as Counsel of Record for Plaintiff and Proposed Order thereon. Please be advised that the hearing on the Motion has been set for **April 23, 2013** at **10:00 a.m.** in **Courtroom 21** of the United States District Court for the Central District of California located at 312 N. Spring Street, Los Angeles, CA 90012.

If, prior to that time, you both sign and return to us the Request for Approval of Substitution of Attorney forms that were provided to you on March 12, 2013, we will file the forms with the Court and take the hearing off-calendar. Otherwise, the hearing will proceed as scheduled.

Very truly yours,

Allen B. Felahy

- EXHIBIT 2 -

**From:** Keith Custis
**Sent:** Thursday, March 07, 2013 11:50 AM
**To:** O'Brien, Sean A.
**Cc:** Allen Felahy; Oscar Ramirez; Jennifer Yanni
**Subject:** Stewart v. Boeing

Sean:

We received your email dated February 28, 2013, containing Defendant's portion of the Joint Stipulation for the Motion to Compel. We're also aware that you requested that Mr. Stewart provide his portion of the Joint Stipulation by today, March 7, 2013.

Our firm is currently in the process of being relieved as Mr. Stewart's counsel of record. Accordingly, we request that Defendant grant Mr. Stewart a two-week extension of the requirement to provide his portion of the Joint Stipulation so that successor counsel may be obtained. The brief extension will allow Mr. Stewart's new counsel the opportunity to review his file respond accordingly.

We understand that your client wishes to move forward with the matter. However, we respectfully request that Defendant grant Mr. Stewart's requested extension. Under the circumstances, proceeding to file the Joint Stipulation without Mr. Stewart's portion and without successor counsel's involvement will unduly prejudice Mr. Stewart.

Thank you for your cooperation on this matter.

Regards,

Keith

Keith A Custis
FELAHY LAW GROUP
4000 Cover Street, Suite 100
Long Beach, California 90808
Phone: (562) 499-2121
Fax:    (562) 499-2124

# PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California; I am over the age of 18 and not a party to the within action; my business address is 4000 Cover Street, Suite 100 Long Beach, California 90808.

On March 19, 2013 I served the following documents:

1. AMENDED NOTICE OF UNOPPOSED MOTION AND UNOPPOSED MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR PLAINTIFF WILLIAM STEWART; MEMORANDUM OF POINTS AND AUTHORITIES AND DECLARATION OF ALLEN B. FELAHY IN SUPPORT THEREOF

2. [PROPOSED ORDER] GRANTING ALLEN B. FELAHY'S MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR PLAINTIFF WILLIAM STEWART

upon the interested parties in this action by placing [ ] the original [ X ] true copies thereof, enclosed in a sealed envelope addressed as follows:

Daniel F. Fears, SBN 110573
Sean A. O'Brien, SBN 133154
PAYNE & FEARS LLP
4 Park Plaza, Suite 1100
Irvine, California 926514

[ X ] **(BY MAIL )** I am readily familiar with Felahy Law Group's practice for collection and processing of correspondence for mailing within the United States Postal Service; such envelope will be deposited with the United States Postal Service on the date shown below in the ordinary course of business at the business address shown above; and such envelope was placed for collection and mailing on the date shown below according to Felahy Law Group's ordinary business practices.

[ X ] **(FEDERAL COURT)** I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on March 19, 2013, at Long Beach, California.

Veronica Quijano