1  Allen B. Felahy (State Bar No. 190177)
   AFelahy@Felahylaw.com
2  Oscar Ramirez (State Bar. No. 236768)
3  ORamirez@Felahylaw.com
   **FELAHY LAW GROUP**
4  4000 Cover Street, Suite 100
5  Long Beach, California 90808
   Phone: (562) 499-2121
6  Fax:    (562) 499-2124
7
8  Attorneys for Plaintiff William Stewart

9                UNITED STATES DISTRICT COURT
10               CENTRAL DISTRICT OF CALIFORNIA

11 | WILLIAM STEWART, an individual. ) Case No. CV12-5621 RSWL (AGRx)
12 |            Plaintiff,                      )
   |                                            ) **[PROPOSED] ORDER GRANTING**
13 |     v.                                     ) **MOTION OF FELAHY LAW GROUP**
   |                                            ) **TO WITHDRAW AS COUNSEL FOR**
14 | THE BOEING COMPANY, a                      ) **PLAINTIFF WILLIAM STEWART**
   | Delaware Corporation and DOES 1            )
15 | through 50, inclusive.                     ) Date:       June 18, 2013
   |                                            ) Time:       10:00
16 |            Defendants.                     ) Courtroom:  21
   |                                            ) Judge:      Ronald S.W. Lew
17

---

-1-    [Proposed] Order Granting Motion of Felahy
       Law Group To Withdraw As Counsel

# [PROPOSED] ORDER

The Motion of Felahy Law Group to Withdraw as Counsel for Plaintiff William Stewart came for hearing on June 18, 2013 at 10:00 a.m., in Courtroom 21 of the above-entitled Court, located 312 North Spring Street, Los Angeles, California 90012. The Court, having considered the briefing, pleadings and arguments, and finding good cause, hereby GRANTS the motion to withdraw and ORDERS the representation of Mr. Stewart by Felahy Law Group terminated effective on the date of this order.

**IT IS SO ORDERED.**

Date:_____

_____
The Hon. Ronald S.W. Lew

-1-   [Proposed] Order Granting Motion of Felahy Law Group To Withdraw As Counsel