Name & Address:

Allen B. Felahy (State Bar No. 190177)

FELAHY LAW GROUP

4000 Cover Street, Suite 100

Long Beach, California 90808

Tel: 562-499-2121/Fax: 562-499-2124

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| William Stewart, an individual,<br><br>PLAINTIFF(S)<br>v.<br><br>The Boeing Company, a Delaware Corporation, et al.<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>Case No. CV12-5621 RSWL (AGRx)<br><br>**NOTICE OF MANUAL FILING** |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing,

and will therefore be manually filed (**LIST DOCUMENTS**):

Application to File Under Seal for the Court's In Camera Review; [Proposed] Order Granting Application to File Under Seal

**Document Description:**

☐ Administrative Record

☑ Exhibits

☐ Ex Parte Application for authorization of investigative, expert, or other services pursuant to the Criminal Justice Act [see Local Rule 5.2-2.2(8), Local Criminal Rule 49.1-2(8)]

☑ Other   Declarations

**Reason:**

☑ Under Seal

☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)

☐ Electronic versions are not available to filer

☐ Per Court order dated _____

☐ Manual Filing required ( *reason* ):

| | |
|---|---|
| May 15, 2013 | /s/ Allen B. Felahy |
| Date | Attorney Name |
| | William Stewart |
| | Party Represented |

*Note:   File one Notice of Manual Filing in each case, each time you manually file document(s).*