Allen B. Felahy (State Bar No. 190177)
AFelahy@Felahylaw.com
Oscar Ramirez (State Bar. No. 236768)
ORamirez@Felahylaw.com
**FELAHY LAW GROUP**
4000 Cover Street, Suite 100
Long Beach, California 90808
Phone: (562) 499-2121
Fax:     (562) 499-2124

Attorneys for Plaintiff William Stewart

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM STEWART, an individual.<br><br>Plaintiff,<br><br>v.<br><br>THE BOEING COMPANY, a Delaware Corporation and DOES 1 through 50, inclusive.<br><br>Defendants. | Case No. CV12-5621 RSWL (AGRx)<br><br>**APPLICATION TO FILE THE SUPPLEMENTAL DECLARATION OF ALLEN B. FELAHY AND DECLARATION OF JENNIFER YANNI UNDER SEAL FOR THE COURT'S *IN CAMERA* REVIEW**<br><br>Date:       June 18, 2013<br>Time:       10:00<br>Courtroom: 21<br>Judge:      Ronald S.W. Lew |

FILED
2013 MAY 16 AM 11:30

*Lodged proposed order & 2 env w/CRD*

BY FAX

1  **TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

2      Pursuant to Central District of California Local Rule 79-5.1, Felahy Law
3  Group ("FLG") hereby seeks an Order permitting FLG to file the following
4  documents under seal with the Court:

5      1.    Supplemental Declaration of Allen B. Felahy in Support of Motion of
6  Felahy Law Group to Withdraw as Counsel for Plaintiff; and

7      2.    Declaration of Jennifer Yanni in Support of Motion of Felahy Law
8  Group to Withdraw as Counsel for Plaintiff.

9      FLG makes this Application based on Local Rule 79-5.1.  This Application is
10 also based on the grounds that the Supplemental Declaration of Allen B. Felahy in
11 Support of Motion of Felahy Law Group to Withdraw as Counsel for Plaintiff; and
12 Declaration of Jennifer Yanni in Support of Motion of Felahy Law Group to
13 Withdraw as Counsel for Plaintiff (the "Confidential Declarations") contain
14 information and exhibits that contain information that is protected from disclosure by
15 the attorney-client privilege. See, e.g., Clarke v. American Commerce Nat. Bank,
16 974 F.2d 127, 129 (9th Cir. 1992) (no waiver of attorney-client privilege by
17 submitting documents to the court for in camera review); In re Perrigo Co., 128 F.3d
18 430, 441 (6th Cir. 1997) (same).  In addition, this Application is based on the ground
19 that the Supplemental Declaration of Allen B. Felahy contains nonpublic personal
20 information protected from disclosure by the United States Constitution, the
21 California Constitution, Art. I, § 1, and California common law.

22 Dated: May 15, 2013        Respectfully submitted,

23         FELAHY LAW GROUP, APC

25         By: /s/ Allen B. Felahy
        Allen B. Felahy

26         Attorneys for Plaintiff William Stewart