Allen B. Felahy (State Bar No. 190177)
AFelahy@Felahylaw.com
Oscar Ramirez (State Bar. No. 236768)
ORamirez@Felahylaw.com
**FELAHY LAW GROUP**
4000 Cover Street, Suite 100
Long Beach, California 90808
Phone: (562) 499-2121
Fax:    (562) 499-2124

Attorneys for Plaintiff William Stewart

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM STEWART, an individual.<br><br>Plaintiff,<br><br>v.<br><br>THE BOEING COMPANY, a Delaware Corporation and DOES 1 through 50, inclusive.<br><br>Defendants. | Case No. CV12-5621 RSWL (AGRx)<br><br>**[PROPOSED] ORDER GRANTING APPLICATION TO FILE THE SUPPLEMENTAL DECLARATION OF ALLEN B. FELAHY AND DECLARATION OF JENNIFER YANNI UNDER SEAL FOR THE COURT'S *IN CAMERA* REVIEW**<br><br>Date:        June 18, 2013<br>Time:        10:00<br>Courtroom: 21<br>Judge:       Ronald S.W. Lew |

# [PROPOSED] ORDER

Upon consideration of the Application of Felahy Law Group ("FLG") to File Supplemental Declaration of Allen B Felahy and Declaration of Jennifer Yanni under Seal for the Court's In Camera Review, and for good cause showing,

**IT IS HEREBY ORDERED THAT:**

1. FLG's Application is GRANTED; and
2. The Clerk of the Court shall file the Supplemental Declaration of Allen B. Felahy in Support of Motion of Felahy Law Group to Withdraw As Counsel for Plaintiff William Stewart; and the Declaration of Jennifer Yanni in Support of Motion of Felahy Law Group to Withdraw As Counsel for Plaintiff William Stewart under seal.

IT IS SO ORDERED.

**HOWEVER, IF DENIED:**

**IT IS HEREBY ORDERED THAT:**

1. FLG's Application is DENIED; and
2. The Supplemental Declaration of Allen B. Felahy in Support of Motion of Felahy Law Group to Withdraw As Counsel for Plaintiff William Stewart; and the Declaration of Jennifer Yanni in Support of Motion of Felahy Law Group to Withdraw As Counsel for Plaintiff William Stewart shall be returned to Felahy Law Group without filing.

IT IS SO ORDERED.

Date: 5-17-2013

RONALD S.W. LEW
The Hon. Ronald S.W. Lew