JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| William Stewart, | CV 12-05621-RSWL-AGR |
| Plaintiff, | **JUDGMENT** |
| v. | |
| The Boeing Company and Does 1-50 | |
| Defendants. | |

The evidence having been fully considered, the issues having been duly heard, and a decision having been duly rendered,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that judgment be entered in favor of Defendant The Boeing Company and against Plaintiff William Stewart. As no

//

//

1

1  other defendants remain, this Action is dismissed in
2  its entirety.
3
4
5  **IT IS SO ORDERED.**
6  DATED: December 23, 2013
7
8                            RONALD S.W. LEW
                          **HONORABLE RONALD S.W. LEW**
9                            Senior, U.S. District Court Judge
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28